LOUIS A. LEONE, ESQ. (SBN: 099874)
SETH GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: leonel@leonealberts.com
cleed@leonealberts.com
sgordon@leonealberts.com

Attorneys for Defendants
PITTSBURG UNIFIED SCHOOL DISTRICT,
JEFFREY VARNER, and TARA BRINKERHOFF

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM RACHEL TORRES; DAVID COPE and RACHEL TORRES<br><br>Plaintiffs,<br><br>vs.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT; GLORIA JOSEPH; JEFFREY VARNER; AND TARA BRINKERHOFF,<br><br>Defendants. | Case No.: 3:16-cv-03314 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** between plaintiffs, K.T. a minor, by and through her GUARDIAN AD LITEM RACHEL TORRES; DAVID COPE and RACHEL TORRES and defendant, Pittsburg Unified School District, by and through its counsel of record, that the above-referenced action should be dismissed with prejudice pursuant to F.R.C.P. 41. The parties further stipulate that each party shall bear their own attorney's fees, expenses and costs.

The parties, by and through their counsel of record, also stipulate that all claims as against Defendants, GLORIA JOSEPH; JEFFREY VARNER; AND TARA BRINKERHOFF, be hereby dismissed with prejudice in exchange for said defendants waiving of costs and attorney fees as against the plaintiffs. Said parties further stipulate to waive costs and fees as against each other.

Dated: March 19, 2018

LAW OFFICES OF TODD BOLEY

_____
TODD BOLEY, ESQ.
Attorneys for Plaintiffs

Dated: March___, 2018

LAW OFFICES OF PETER ALFERT

_____
PETER ALFERT, ESQ.
Attorneys for Plaintiffs

Dated: March___, 2018

**DAVIS & YOUNG**

_____
ADAM DAVIS, ESQ.
Attorneys for Defendant, Gloria Joseph

Dated: March 19, 2018

**LEONE & ALBERTS**

_____
LOUIS A. LEONE, ESQ.
Attorneys for Defendants, PITTSBURG UNIFIED SCHOOL DISTRICT, JEFFREY VARNER, and TARA BRINKERHOFF

**IT IS SO ORDERED:**

Dated: _____

_____
UNITED STATES DISTRICT COURT
JUDGE CHARLES R. BRYER

The parties, by and through their counsel of record, also stipulate that all claims as against Defendants, GLORIA JOSEPH; JEFFREY VARNER; AND TARA BRINKERHOFF, be hereby dismissed with prejudice in exchange for said defendants waiving of costs and attorney fees as against the plaintiffs. Said parties further stipulate to waive costs and fees as against each other.

Dated: March___, 2018

**LAW OFFICES OF TODD BOLEY**

_____
TODD BOLEY, ESQ.
Attorneys for Plaintiffs

Dated: March___, 2018

**LAW OFFICES OF PETER ALFERT**

_____
PETER ALFERT, ESQ.
Attorneys for Plaintiffs

Dated: March 16, 2018

**DAVIS & YOUNG**

_____
ADAM DAVIS, ESQ.
Attorneys for Defendant, Gloria Joseph

Dated: March___, 2018

**LEONE & ALBERTS**

_____
LOUIS A. LEONE, ESQ.
Attorneys for Defendants, PITTSBURG UNIFIED SCHOOL DISTRICT, JEFFREY VARNER, and TARA BRINKERHOFF

**IT IS SO ORDERED:**

Dated: March 20, 2018

_____
UNITED STATES DISTRICT COURT
JUDGE CHARLES R. BRYER